

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-30,337-06

### EX PARTE RODERICK O'NEAL DIXON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 679611-D IN THE 208TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to forty years' imprisonment. The First Court of Appeals affirmed his conviction. *Dixon v. State*, No. 01-95-00432-CR (Tex. App.—Houston [1st] Mar. 4, 1999)(not designated for publication).

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief on Applicant's actual innocence claim. Applicant's claim of ineffective assistance of counsel is dismissed as subsequent. TEX. CODE CRIM. PRO. Art. 11.07 § 4.

Filed:   June 26, 2019

Do not publish